IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ISAIAH WHEELER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CAUSE NO. 3:11-CV-263 |
| | ) |
| CORI BAIR, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on the Motion for Summary Judgment, filed by Defendant, Cori Bair, on November 21, 2011 (DE #16). On November 29, 2011, Magistrate Judge Christopher A. Nuechterlein ordered Defendant to provide pro se Plaintiff with proper notice, as required by N.D. Ind. L.R. 56.1(f), of the motion for summary judgment. (DE #20.) Judge Nuechterlein also granted Plaintiff 28 days from when he was served with the notice to respond to the motion for summary judgment. *Id.* The notice was served on November 29, 2011 (DE #21). Therefore, Plaintiff's response was due on December 27, 2011. To date, Plaintiff has not filed a response. Plaintiff is **HEREBY ORDERED** to file a response to the motion for summary judgment on or before **January 19, 2012.** Defendant may file a reply, if he chooses, on or before January 30, 2012. Plaintiff is **WARNED** that failure to file a response to Defendant's motion on or before the above-stated date may result in

the Court summarily ruling on this matter.


DATED: January 4, 2012                /s/ RUDY LOZANO, Judge
                                      United States District Court